### Nelson *v.* Whitmer, Appellant.

Argued November 14, 1973. *Kenneth S. Robb,* with him *Raymond H. Conaway,* and *Meyer, Darragh, Buckler, Bebenek and Eck,* for appellant; *Robert L. Ceisler,* with him *James L. Nardelli,* and *C. Evans,* for appellee.

Order affirmed.

Spaulding, J., absent.

### Peeples *v.* Young Women's Christian Association of Oil City, Appellant.

Argued November 16, 1973. *Stephen H. Hutzelman,* with him *Thomas E. Doyle,* and *Plate, Doyle, Kroto and Hutzelman,* for appellant; *Raymond S. Woodard,* with him *Robert M. Dale,* and *Dale, Woodard, Montgomery and White,* for appellee.

Order and judgment affirmed.

Wright, P. J., dissents.

Spaulding, J., absent.